UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RANDY OUTLEY            CIVIL ACTION

VERSUS            17-1782-SDD-EWD

JANE BASTISTE, ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 23, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction relative to Plaintiff's potential state law claims and Defendants' *Motion for Summary* is hereby **DENIED**.

**IT IS FURTHER ORDERED** that this matter is hereby referred to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana the 9 day of September, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 21.
[2] Rec. Doc. 34.